IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KENRICK G. EASTMOND,

    Petitioner,

v.                                    Civil Action No. 3:12CV566

UNITED STATES OF AMERICA,

    Respondent.

**MEMORANDUM OPINION**

Kenrick Eastmond, proceeding pro se, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on September 18, 2012 the Court directed Eastmond to complete and return, within fifteen (15) days of the date of entry thereof, an affidavit in support of his request to proceed in forma pauperis. Additionally, the Court informed Eastmond that in the United States District Court for the Eastern District of Virginia, all pro se petitions for writs of habeas corpora must be filed on a set of standardized forms. See E.D. Va. Loc. Civ. R. 83.4(A). On September 18, 2012, the Court mailed Eastmond the standardized form for filing a § 2241 petition and directed him to complete and return the form to the Court within eleven (11) days of the date of entry thereof. The Court warned Eastmond that the failure to complete and return the form in a timely manner would result in dismissal of the action. See Fed. R. Civ. P. 41(b).

More than fifteen (15) days have passed and Eastmond has not returned a signed copy of the required in forma pauperis affidavit[1] or the standardized forms for a § 2241 petition. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Eastmond.

An appropriate Order shall issue.

/s/ REP

Robert E. Payne
Senior United States District Judge

Date: January 16, 2013
Richmond, Virginia

---

[1] Eastmond returned an unsigned in forma pauperis affidavit to the Court.